IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY ALLEN HARRINGTON,

        Plaintiff,

        v.

STATE OF OREGON, et al. and
THE UNITED STATES OF AMERICA, et al.,

        Defendants.

Case No. 1:16-cv-00200-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 39), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Because I find no error and conclude the report is correct, Magistrate Judge Clarke's Findings and Recommendation (ECF No. 39) is adopted in full.

IT IS SO ORDERED.

    DATED this 3rd day of November, 2016.

                                       /s/ Michael J. McShane
                                         Michael McShane
                                       United States District Judge